UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 3:13-CR-130-WHR |
| Plaintiff, : | ORDER ON GOVERNMENT'S |
| : | UNOPPOSED MOTION |
| vs. : | TO STRIKE AND |
| : | REPLACE DOCUMENT |
| 1. MUZAFFAR MIRSOLIYEV : | |
| 2. FANISA SHAYDULLINA : | |
| 3. MUSTAFO MIRSOLIYEV, : | |
| Defendants. : | |

## ORDER

The Clerk of Court is hereby directed to strike the document filed at Docket Number 33, entitled "Notice (Other)," from the record, either by sealing it and marking it as stricken, or by removing it from the record altogether. The Clerk of Court is further directed to allow the Government to file the accompanying Notice in place of the Notice currently filed as Doc. No. 33.

IT IS SO ORDERED.

Entered this 12th day of November, 2013.

Hon. Walter H. Rice
United States District Judge

3