IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

vs.                                Case No: 3:13-cr-130(3)

MUSTAFO MIRSOLIYEV        JUDGE WALTER H. RICE

    Defendant(s)

---

ENTRY DISMISSING DEFENDANT WITHOUT PREJUDICE;
DISMISSAL TO BE WITH PREJUDICE, FOLLOWING DEFENDANT'S
SENTENCE IN CASE NO. 3:13-CR-177 ON DECEMBER 23, 2013;
TERMINATION ENTRY

---

Defendant having entered a plea of guilty in Case No. 3:13-cr-177, on November 27, 2013, the captioned defendant is ordered dismissed, without prejudice. Said dismissal will be with prejudice, following Defendant's sentencing in the aforesaid 3:13-cr-177 on December 23, 2013.

The captioned defendant is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED.

November 27, 2013                             */s/ Walter H. Rice*
                                                  WALTER H. RICE, JUDGE
                                                  UNITED STATES DISTRICT COURT